**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**In re**
**RAUL RODRIGUEZ** **Case No.: 9:15-Bk-12280-FMD**
**GLORIA RODRIGUEZ** **Chapter: 13**

**Debtor,**
_________________________________/

**NOTICE OF HEARING ON MOTION FOR APPROVAL OF PERMANENT MORTGAGE MODIFCATION MEDIATION AGREEMENT WITH CARRINGTON**

**NOTICE IS HEREBY GIVEN** that a hearing has been set in the above-styled cause as follows before the Honorable Judge Caryl E. Delano:

**DATE OF HEARING**: December 1, 2016

**TIME OF HEARING**: 2:15 pm Eastern Time

**ADDRESS FOR HEARING**: 2110 First Street, Room 4-117
Ft. Myers FL 33901

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing Notice of Hearing has been furnished via electronic mail or U.S. Regular Mail to all parties named on the attached Service List and all others set forth in the NEF this 2nd day November 2016.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO CORONA, ESQ.
Florida Bar No.: 111333
3899 NW 7 Street, Suite 202-B
Miami, FL 33126
Tel: (305) 266-1150
Fax: (888) 554-5607

**Credit Mailing Matrix**
**Case No.: 9:15-bk-12280-FMD**

**Office of US Trustee**
United States Trustee-TPA7/13, 7
Timberlake Annex Suite 1200
Tampa, FL 33602

**Trustee John Waage**
PO Box 25001
Bradenton, FL 34206

**Gloria E Rodriguez**
**Raul E Rodriguez**
706 Midstate Loop
Clewiston, FL 33440

**Carrington Mortgage Services**
c/o Bruce Rose, CEO
7 Greenwich Office Park
599 West Putnam Avenue
Greenwich, CT 06830

**Carrington Mortgage Services**
c/o Millennium Partners
Attn: Matthew Klein, Esq.
21500 Biscayne Blvd., Ste 600
Aventura, FL 33180