ORDERED.

**Dated: December 13, 2016**

Caryl E. Delano
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**In re**
**RAUL RODRIGUEZ** **Case No.: 9:15-Bk-12280-FMD**
**GLORIA RODRIGUEZ** **Chapter: 13**

**Debtor,**
_________________________________/

**ORDER GRANTING MOTION FOR APPROVAL OF PERMANENT MORTGAGE MODIFICATION MEDIATION AGREEMENT WITH CARRINGTON, D.E. # 49**

This matter came before the court on December 1, 2016, upon consideration of the Debtor's Motion for Approval of Permanent Mortgage Modification Mediation Agreement with Carrington, D.E. # 49, (The "Motion"). After reviewing the pleadings and considering the position of the parties, it is:

**ORDERED**:

1. The Motion (D.E. # 49) is **GRANTED.**

---

###

Submitted by: Ricardo Corona, Esq.

Attorney Ricardo Corona, Esq. shall serve a copy of this Order to all parties of interest within 3 days.