UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MEYERS DIVISION

In re
RAUL RODRIGUEZ            Case No.: 9-15-bk-12280-FMD
GLORIA RODRIGUEZ          Chapter: 13

     Debtors
_-------------------------------/

### DEBTORS' RESPONSE TO CARRINGTON MORTGAGE SERVICES, LLC'S OBJECTION TO CONFIRMATIONT OF THE PLAN

**DEBTORS, RAUL RODRIGUEZ AND GLORIA RODRIGUEZ**, (hereinafter referred to as "Debtors") by the undersigned attorney and file this, their Response to Carrington Mortgage Services, LLC's Objection to confirmation of the Plan and as grounds for this response would state as follows:

1. Debtors participated in the Mortgage Modification Mediation program.

2. Debtors and Carrington Mortgage, LLC reached an agreement, and a Final Modification was approved D.E #53.

3. The Fourth Amended Plan, D.E #59 conforms to the Final Modification.

**WHEREFORE**, Debtors request this Court that the Objection be overruled.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing response was as sent via USPS Mail or electronic transmission to every party on the attached Matrix dated this 16 day of March, 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
Ricardo R. Corona, Esq.
Florida Bar No.:111333
3899 NW 7 Street
Second Floor
Miami, FL 33126
(305) 266-1150 (phone)
(888) 554-5607 (fax)